Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 17−11070−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Kim
   697 Clark Street
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−1671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/12/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 12, 2017
JAN: rah

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Kim  
    Debtor

Case No. 17-11070-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Apr 12, 2017  
                     Form ID: 148     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.

```
db           +James Kim,    697 Clark Street,    Ridgefield, NJ 07657-2637
516598938   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
516644453    American Honda Finance Corporation,    PO BOX 168088,    Irving, TX 75016-8088
516598941   +Boggia &Boggia, LLC,    71 Mt Veron Street,    Ridgefield Park, NJ 07660-1712
516598942   +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516598945   +Civil Division,    Justice Center,    10 Main Street, Room 115,    Hackensack, NJ 07601-7058
516598946   +Clerk, Boro of Fort Lee,    309 Main Street,    Fort Lee, NJ 07024-4705
516598947   +David Lorenzo ,  Esq ,    Justin D Santagata,    2 Executive Drive, Suite 530,    Fort Lee, NJ 07024-3302
516598948   +Flush Sav Bnk/dovenmue,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
516598949   +Hon. Lisa Perez-Friscia, JSC,    Bergen County Justice Center,    10 Main Street,
             Hackensack, NJ 07601-7042
516598951   +J Sheldon Cohen , Esq,    De Cotis, Fitzpatrick &Cole,    Glenptoine Center West,
             500 Frank Burr Bl, Suite 31,    Teaneck, NJ 07666-6802
516598952   +KSL, LLP,    Fort Lee Exective  Park,    2 Executive Dr, Suite 530,    Fort Lee, NJ 07024-3302
516598954   +Moon Sook Kim,    c/o Song Law Firm,    400 Kelby Street 7th floor,    Fort Lee, NJ 07024-2938
516598955   +Moon Sook Kim c/o Phillipo Boggia Esq,    Boggia and Boggia, LLC,    71 Mt Vernon Street,
             Ridgefield Park, NJ 07660-1712
516598956   +Phillp N Boggia Esq,    71 Mt Vernon Street,    Ridgefield Park, NJ 07660-1712
516726956   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
             PO Box 245,    Trenton, NJ 08695-0245)
516598957   +Song Law Firm  LLC,    400 Kelby Street  7th Floor,    Fort Lee, NJ 07024-2938
516598958   +State of New Jersey,    Dept. of The Treasury,    Division of Taxation,    P.O. Box 445,
             Trenton, NJ 08695-0445
516732742   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516598960    United Merchant Servic,    255 Route 17 South 2nd F,    Englewood, NJ 07601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2017 22:24:02     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2017 22:24:00     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516762604     EDI: AIS.COM Apr 12 2017 22:08:00     American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK  73124-8838
516598940     EDI: BANKAMER.COM Apr 12 2017 22:03:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
516598939    +EDI: BANKAMER.COM Apr 12 2017 22:03:00     Bk Of Amer,    450 American St,
              Simi Valley, CA 93065-6285
516598944    +EDI: CHASE.COM Apr 12 2017 22:08:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516598943    +EDI: CHASE.COM Apr 12 2017 22:08:00     Chase Card,    201 N. Walnut St//De1-1027,
              Wilmington, DE 19801-3999
516598950     EDI: IRS.COM Apr 12 2017 22:03:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
516598953     E-mail/Text: camanagement@mtb.com Apr 12 2017 22:23:47     M & T Bank,    1 Fountain Plz,
              Buffalo, NY 14203
516598959     EDI: TFSR.COM Apr 12 2017 22:03:00     Toyota Motor Credit,    4 Gatehall Dr Ste 350,
              Parsippany, NJ 07054
516598961    +EDI: CITICORP.COM Apr 12 2017 22:03:00     Unvl/citi,    Po Box 6241,
              Sioux Falls, SD 57117-6241
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            David Lorenzo,    2 Executive Drive, Suite 530,    2 Executive Drive,    Suite 530,    Fort Lee,
              UNITED STATES
cr*          +Moon Sook Kim,    c/o Song Law Firm,    400 Kelby Street 7th Floor,    Fort Lee, NJ 07024-2938
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 12, 2017
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              Ari  Jacobson    on behalf of Creditor Moon Sook  Kim ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Brian C. Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin D. Santagata    on behalf of Creditor David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Justin D. Santagata    on behalf of Plaintiff David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor James  Kim nealylaw@gmail.com
                                                                                         TOTAL: 8
```